ERIC GRANT
United States Attorney
CAILY NELSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JUAN MANUEL PADILLA,

Defendant.

CASE NO. 2:26-MJ-0134 CKD

~~[PROPOSED]~~ ORDER TO FILE REDACTED COPY OF AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

The United States' motion to partially unseal the Affidavit in Support of Criminal Complaint in the above-referenced case, to file a redacted copy of the sealed Affidavit, and to keep the Motion and Order to File Redacted Copy of Affidavit in Support of Criminal Complaint is GRANTED.

The Clerk of the Court is directed to unseal the above referenced case, seal the original Criminal Complaint, the United States' Motion to Redact, and Court Order granting the United States Motion to Redact. The Clerk of the Court is further directed to file the redacted Criminal Complaint on the public docket.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). In light of the public filing of it's request to seal, the Court finds that, for the reasons stated in the government's request, sealing the government's motion serves a compelling interest. The Court further finds that, in the absence of closure, the

/ /

compelling interests identified by the government would be harmed. The Court further finds that there are no additional alternatives to sealing the government's motion that would adequately protect the compelling interests identified by the government.

IT IS SO ORDERED.

Dated: September 14, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE